IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CLIFFORD SMALL, SR.                                                                                 PLAINTIFF

VS.                                             4:05CV01043 WRW/JTR

ARKANSAS FAIR HOUSING CORPORATION                                         DEFENDANT

**ORDER**

The Court has determined that this case warrants the appointment of counsel (docket entry #21). Pursuant to Local Rule 83.7, Mr. Ronald Earl Hunter, Everett & Hunter, 200 East Jackson, Post Office Box 68, Harrisburg, Arkansas 72432, (870) 578-2100, is hereby appointed to represent plaintiff, Mr. Clifford Small, Sr.

The Clerk is directed to send Mr. Hunter a copy of this order and Local Rule 83.7. If Mr. Hunter is unable to obtain the remainder of the file from CM/ECF, he should contact Kathy McBryde, Courtroom Deputy Clerk to Magistrate Judge J. Thomas Ray at 501-604-5234 and a copy of the file, or any portion thereof, will be provided to him free of charge.

IT IS SO ORDERED, this 21st day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE